**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES L. JONES,

     Plaintiff,

v.                                                              Case No:  8:11-CV-611-T-30TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.
_____/

## ORDER

    **THIS  CAUSE** comes  before  the  Court  upon  the  Report  and  Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #15) and the Objections (Dkt. #16) filed thereto.

    After careful consideration of the Report and Recommendation and the Objections, and in conjunction with an independent examination of the file, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.      The decision of the Defendant Commissioner is AFFIRMED.

3.      The Clerk is directed to enter judgment in favor of the Defendant and against Plaintiff.

4.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished To**</u>:
Counsel/Parties of Record

T:\Odd\2011\11-cv-611.adopt 15.wpd